IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID CHRISTOPHER LEE
WALTON,

    Plaintiff,                                  Case No. 17-cv-956-bbc

    v.

SHERIFF SCOTT PERKINS,
LIEUTENANT STAN HENDRICKSON,
SERGEANT RYAN HALLMAN AND
SERGEANT PATRICA FISH,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 4/30/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |

    It appearing that there is no just reason for delay, I direct that this final judgment be entered.